JUDGE KRAM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

'08 CIV 3726

LB ARTS SPRL,

Plaintiff,

-v-

HEIDI NEUHOFF, individually, HEIDI NEUHOFF INTERNATIONAL FINE ARTS, INC., et al.,

Defendant.

Case No. _____

Rule 7.1 Statement

RECEIVED APR 18 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

LB ARTS SPRL                      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There is no such corporation.

**Date:** April 17, 2008

Signature of Attorney

Attorney Bar Code: JJ1907