UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LB ARTS SPRL,

                        Plaintiff,

- against -

HEIDI NEUHOFF, individually,
HEIDI NEUHOFF INTERNATIONAL
FINE ARTS, INC., NEUHOFF-EDELMAN
GALLERY LLC, HEIDI NEUHOFF
GALLERY, INC. and H.N. GALLERY, INC.,

                        Defendants.

Case No. 08 Civ. 3726 (SWK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                        :ss.:
COUNTY OF NEW YORK )

    Sheneeza Hack, being duly sworn, deposes and states:

1. I am not a party to this action; I am over the age of eighteen years; and I reside in the State of New York.

2. On Tuesday, April 22, 2008, in the forenoon, I served the four original summonses addressed to

HEIDI NEUHOFF INTERNATIONAL FINE ARTS, INC.,
NEUHOFF-EDELMAN GALLERY LLC,
HEIDI NEUHOFF GALLERY, INC. and
H.N. GALLERY, INC.

in the above-captioned action (together with four copies of the complaint) upon each such named defendant by personally delivering each summons (and complaint) to Ms. Heidi Neuhoff, who identified herself, at the gallery located on the fourth floor at 41 East 57th Street, New York, New York 10022.

                                                    _Sheneeza Hack_
                                                    SHENEEZA HACK

Sworn to before me this
22nd day of April, 2008.

_____
Notary Public

JOSEPH T. JOHNSON
NOTARY PUBLIC, State of New York
No. 02JO6101509
Qualified in New York County
Commission Expires November 17, 20 11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LB ARTS SPRL,<br><br>　　　　　　　　　　Plaintiff,<br><br>　- against -<br><br>HEIDI NEUHOFF, individually,<br>HEIDI NEUHOFF INTERNATIONAL<br>FINE ARTS, INC., NEUHOFF-EDELMAN<br>GALLERY LLC, HEIDI NEUHOFF<br>GALLERY, INC. and H.N. GALLERY, INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 08 Civ. 3726 (SWK)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK　)
　　　　　　　　　　　:ss.:
COUNTY OF NEW YORK )

　　Herbert Medina, being duly sworn, deposes and states:

1. I am not a party to this action; I am over the age of eighteen years; and I reside in the State of New York.

2. On Tuesday, April 22, 2008, I served the summons addressed to HEIDI NEUHOFF, individually, in the above-captioned action (together with a copy of the complaint) upon Ms. Heidi Neuhoff by:

    a. personally delivering the original summons (and a copy of the complaint) at approximately 2:10 p.m. to a female receptionist at the gallery located on the fourth floor at 41 East 57th Street, New York, New York 10022, who appeared to be caucasian, and approximately 5'8", 130 lbs., in her late twenties or early thirties, with blonde hair; and

b. by depositing a sealed, plain envelope bearing only the legend "personal and confidential" (and not indicating that the envelope was from an attorney or concerns a legal action) addressed to Ms. Neuhoff at 41 East 57th Street, New York, New York 10022, with first class postage prepaid thereon, containing a copy of the summons (together with a copy of the complaint), in an official depository of the U.S. Postal Service within the State of New York.

_____
HERBERT MEDINA

Sworn to before me this
22nd day of April, 2008.

_____
Notary Public

JOSEPH T. JOHNSON
NOTARY PUBLIC, State of New York
No. 02JO6101509
Qualified in New York County
Commission Expires November 17, 20_11_

2