UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

LB ARTS SPRL

08 CIV. 03726 (LAK) (RLE)

—against—

Electronically Filed

HEIDI NEUHOFF, ET AL.,

**DECLARATION OF SERVICE**

Defendants.
------------------------------------------------------X

IVAN CAMPOS, declares the following under penalty of perjury:

I am not a party to this action; I am over the age of eighteen years; and I reside in the State of New York. On Wednesday, May 7, 2008, I mailed a copy of each of the following:

1. Copy of indorsed Order filed May 6, 2008 regarding time to answer or move.
2. Copy of Order scheduling initial pretrial conference filed May 6, 2008.
3. Copy of Order of Reference To a Magistrate Judge so ordered May 6, 2008.

upon:

Lawrence A. Steckman, Esq.
Lester Schwab Katz & Dwyer, LLP
120 Broadway
New York, New York 10271

Neuhoff-Edelman Gallery LLC
41 East 57th Street
New York, New York 10022

by regular mail by depositing a sealed envelope, with first class postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York.

Executed in New York, New York
This 8th day of May 2008.

I declare under penalty of perjury that the foregoing is true and correct.

_____
IVAN CAMPOS