UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

LB ARTS SPRL

08 CIV. 03726 (LAK) (RLE)

—against—

Electronically Filed

HEIDI NEUHOFF, ET AL.,

**DECLARATION OF SERVICE**

Defendants.
------------------------------------------------------X

IVAN CAMPOS, declares the following under penalty of perjury:

I am not a party to this action; I am over the age of eighteen years; and I reside in the State of New York. On Friday, May 9, 2008, I mailed a copy of each of the following:

Settlement Conference Order filed May 9, 2008

upon:

Lawrence A. Steckman, Esq.
Lester Schwab Katz & Dwyer, LLP
120 Broadway
New York, New York 10271

Neuhoff-Edelman Gallery LLC
41 East 57th Street
New York, New York 10022

by regular mail by depositing a sealed envelope, with first class postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York.

Executed in New York, New York
This 12th day of May 2008.

I declare under penalty of perjury that the foregoing is true and correct.

_Ivan Campos_
IVAN CAMPOS