AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 08-CV-03726 (LAK)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Heidi Neuhoff,
Heidi Neuhoff International Fine Arts, Inc.,
Heidi Neuhoff Gallery, Inc.,
    Defendants

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/12/2008 | *[signature]* |
| Date | Signature |
| | Brian D. Linder, Clayman & Rosenberg    (BL-3581) |
| | Print Name    Bar Number |
| | 305 Madison Avenue, Suite 1301 |
| | Address |
| | New York    New York    10165 |
| | City    State    Zip Code |
| | (212) 922-1080    (212) 949-8255 |
| | Phone Number    Fax Number |