```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-1-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LB ARTS SPRL,

                        Plaintiff,

           - against -

HEIDI NEUHOFF, et al.,

                       Defendants.

ORDER

08 Civ. 3726 (LAK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a second settlement conference with the Court on July 31, 2008,

**IT IS HEREBY ORDERED** that Defendants must file an answer or otherwise respond to Plaintiff's complaint by **August 7, 2008.**

**SO ORDERED** this 1st day of August 2008
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge