UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LB ARTS SPRL,

                Plaintiff,

- against -

HEIDI NEUHOFF, et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08

**ORDER**

08 Civ. 3726 (LAK) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

In conjunction with settlement negotiations,

**IT IS HEREBY ORDERED** that Defendants' time to file an answer or otherwise respond to Plaintiff's complaint has been extended from August 7, 2008, to **August 19, 2008.**

**SO ORDERED this 8th day of August 2008**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge