BRIAN D. LINDER (BL3581)
CLAYMAN & ROSENBERG
ATTORNEYS FOR DEFENDANTS
305 MADISON AVENUE – SUITE 1301
NEW YORK, NEW YORK 10165
(212) 922-1080 phone
linder@clayro.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LB ARTS SPRL,

               Plaintiff,
    –against –                               NOTICE OF MOTION

HEIDI NEUHOFF, individually, HEIDI NEUHOFF
INTERNATIONAL FINE ARTS, INC.,
NEUHOFF-EDELMAN GALLERY, LLC, HEIDI        08 Civ. 3726 (LAK)(RLE)
NEUHOFF GALLERY, INC. and H.N.
GALLERY, INC.

               Defendants.
------------------------------------------------------------X

To:    Eaton & Van Winkle LLP
        Attorneys for Plaintiff
        Three Park Avenue, 16th Floor
        New York, NY 10016

        PLEASE TAKE NOTICE, that upon the attached Declaration of Brian Linder, the exhibit thereto and the accompanying Memorandum of Law, Defendants Heidi Neuhoff, Heidi Neuhoff International Fine Arts, Inc., and Heidi Neuhoff Gallery Inc., will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, in the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be determined, for:

        (a)    An order dismissing the Complaint pursuant to Fed. R. Civ. Proc. 12(b)(6) for failure to state a claim upon which relief can be granted; and

2

      (b)    Such other and further relief as the Court deems just and proper.

Dated:  New York, New York      CLAYMAN & ROSENBERG
          August  19, 2008             ATTORNEYS FOR DEFENDANTS
                                         HEIDI NEUHOFF,  HEIDI NEUHOFF INT'L
                                         FINE ARTS, INC. and HEIDI NEUHOFF
                                         GALLERY, INC.

                                         _____/s_____
                                         Brian D. Linder  (BL3581)
                                         305 MADISON AVENUE – SUITE 1301
                                         NEW YORK, NEW YORK 10165
                                         (212) 922-1080
                                         linder@clayro.com