UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LB ARTS SPRL, | |
| Plaintiff, | Case No. 08 Civ. 3726 (LAK)(RLE) |
| - against - | **STIPULATION** |
| HEIDI NEUHOFF, individually, HEIDI NEUHOFF INTERNATIONAL FINE ARTS, INC., NEUHOFF-EDELMAN GALLERY LLC, HEIDI NEUHOFF GALLERY, INC. and H.N. GALLERY, INC., | **ECF CASE**   AUG 2 8 2008 |
| Defendants. | |

**WHEREAS**, Defendants HEIDI NEUHOFF, HEIDI NEUHOFF INTERNATIONAL FINE ARTS, INC. and HEIDI NEUHOFF GALLERY, INC. ("Moving Defendants") filed a motion to dismiss the complaint on August 19, 2008.

**NOW, THEREFORE, IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED** by and between the undersigned attorneys for the respective parties that:

1. Plaintiff's time by which to file and serve its opposition to such motion shall be September 17, 2008;

2. The Moving Defendants' time by which to file and serve their reply shall be September 24, 2008; and



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3. A facsimile copy may be deemed an original for submission to the Court.

Dated: New York, New York
August 25, 2008

EATON & VAN WINKLE LLP

By: /s/ Joseph T. Johnson
Joseph T. Johnson (JJ 1907)

3 Park Avenue
New York, New York 10016
(212) 779-9910
Attorney for Plaintiff LB Arts SPRL

CLAYMAN & ROSENBERG

By: /s/ Brian D. Linder
Brian D. Linder (BL 3581)

909 Third Avenue
New York, NY 10022
(212) 735-8600
Attorneys for Defendants HEIDI NEUHOFF, HEIDI NEUHOFF INTERNATIONAL FINE ARTS, INC. and HEIDI NEUHOFF GALLERY, INC.

SO ORDERED  AUG 2 8 2008

/s/ Paul A. Crotty
UNITED STATES DISTRICT JUDGE
Paul A. Crotty
Part I